# FLETCHER & SIPPEL LLC

ATTORNEYS AT LAW

29 North Wacker Drive　　　　　　　　　　　　　　　　　　Phone:  (312) 252-1500
Suite 800　　　　　　　　　　　　　　　　　　　　　　　　　Fax:  (312) 252-2400
Chicago, Illinois 60606-3208　　　　　　　　　　　　　　www.fletcher-sippel.com

**ROBERT A. WIMBISH**
(312) 252-1504　　　　　　　　　　　　June 3, 2021　　　　　　　　　　　302459
rwimbish@fletcher-sippel.com

**VIA ELECTRONIC FILING**　　　　　　　　　　　　　　　　ENTERED
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Office of Proceedings
The Honorable Cynthia T. Brown　　　　　　　　　　　　June 3, 2021
Chief, Section of Administration　　　　　　　　　　　　Part of
Surface Transportation Board　　　　　　　　　　　　　Public Record
395 E Street, S.W.
Washington, DC 20423-0001

　　　　Re:　**Docket No. AB 1252 (Sub-No. 1X)**
　　　　　　　**Eastern Idaho Railroad, L.L.C.—Abandonment Exemption—**
　　　　　　　**in Bonneville County, Idaho**

Dear Ms. Brown:

　　　Eastern Idaho Railroad, L.L.C. ("EIRR") hereby advises the Surface Transportation Board that it is agreeable to a one-year extension of the interim trails use negotiating period as requested yesterday by the City of Idaho Falls.  Indeed, as EIRR has indicated in its abandonment notice of exemption, EIRR's sole motivation for seeking abandonment authorization in this proceeding has been to facilitate local interest in a trails use arrangement for the subject railroad line's right-of-way. Accordingly, EIRR desires to avoid circumstances under which a trails use arrangement would be made more complex by virtue of the termination or expiration of the current notice of interim trails use.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/ *R. A. Wimbish*

　　　　　　　　　　　　　　　　Robert A. Wimbish
　　　　　　　　　　　　　　　　Attorney for the Eastern Idaho Railroad, LLC

RAW/ah

cc:  All parties of record